**Order entered February 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00376-CR

### JOE HENRY MACK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-80956-2013**

## ORDER

On November 1, 2013, this Court adopted a finding that appellant is represented by court-appointed counsel Robert Hultkrantz. We ordered appellant to file his brief by December 6, 2013. When appellant's brief was not filed by January 14, 2014, the Court ordered that appellant file his brief within fifteen days. We further warned that the brief was not filed within that time the Court would order Robert Hultkrantz removed as appellant's attorney and would order the trial court to appoint new counsel to represent appellant in the appeal. To date, appellant has neither filed his brief nor communicated with the Court regarding the appeal.

Accordingly, the Court **ORDERS** Robert Hultkrantz removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit to the order appointing counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order.  The appeal shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     DAVID EVANS
JUSTICE